Argued and submitted October 4, appeal dismissed November 29, 1995

## DELWAYNE THOMPSON,
*Appellant,*

*v.*

## Frank HALL
## and Stan Mazur-Hart,
*Respondents.*

## (94C-12753; CA A85835)
906 P2d 867

Garrett Richardson argued the cause for appellant. On the brief was David W. Knofler, Multnomah Defenders, Inc.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Appeal dismissed. *Thompson v. Prinslow*, 138 Or App 183, 906 P2d 310 (1995).